# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00445-CR

**Alicia Midkiff, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
### NO. 14-02154-2, HONORABLE DOUG ARNOLD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

A jury found Alicia Midkiff guilty of assault causing bodily injury.  Tex. Penal Code § 22.01.  After a hearing on punishment, the trial court assessed a sentence of 225 days in jail.

On May 6, 2015, Midkiff's court-appointed appellate attorney filed a motion to withdraw supported by a brief concluding that this appeal is frivolous and without merit.  The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced.  *See* 386 U.S. 738, 744 (1967); *see also Penson v. Ohio*, 488 U.S. 75, 80 (1988); *High v. State*, 573 S.W.2d 807, 811-13 (Tex. Crim. App. 1978).  Midkiff's counsel sent a copy of the brief to her and advised her of his right to examine the appellate record and to file a pro se brief.  *See Anders*, 386 U.S. at 744.  More than thirty days have passed since the notice was sent to Walker and we have not received a brief or a motion for extension of time to file a brief.

We have reviewed the record and find no reversible error. *See Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009). We agree with counsel that this appeal is frivolous, affirm the judgment of conviction, and grant counsel's motion to withdraw.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Affirmed

Filed:   July 28, 2015

Do Not Publish